IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                           Case No. 99-C-624

KARMIN M. THIBEDEAU,

   Defendant,

and

AQUA QUALITY OF EAU CLAIRE, INC.,

   Garnishee Defendant.

---

## ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant paying her debt in full,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this 22d day of March, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge